1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9  Carie Kahn, et al.,                              )       No. CV-16-784-PHX-SMM
                                                    )
10                   Plaintiffs,                    )
                                                    )
11  v.                                              )       **ORDER**
                                                    )
12  Fat Willy's Greenfield LLC, et al.,             )
                                                    )
13                   Defendants.                    )
    ───────────────────────────────────            )

14

15          Following a failure to timely serve Defendants, the Court issued an Order to Show

16  Cause why this case should not be dismissed. (Doc. 5.) Pending before the Court is Plaintiffs'

17  Response to the Order to Show Cause. (Doc. 10.) Counsel for Plaintiffs admit to a

18  calendaring error, acknowledging that they did not properly establish the deadline for

19  completion of service upon Defendants. (Id.) Plaintiffs request that their case not be

20  dismissed. In support, Plaintiffs state that upon receiving the Court's Order, counsel

21  immediately took action and within two days effected service on four of the five Defendants.

22  (Id.) These Defendants include Fat Willy's Greenfield, LLC; Fat Willy's Sunland, LLC; Fat

23  Willy's University, LLC; and individual Defendant Christopher Gelenites. (Docs. 6-9.)

24  Despite ten attempts, Plaintiffs state that they were unable to serve Defendant Jason Kafcas,

25  and request an extension of time to effect service upon Defendant Kafcas. (Doc. 10.)

26          The Court finds that Plaintiffs' calendaring error does not establish good cause for

27  their failure to timely effect service upon Defendants within the 90-day rule established by

28  Fed. R. Civ. P. 4(m). Therefore, the Court will dismiss this action without prejudice to

refiling. Moreover, upon receipt of the Court's Order to Show Cause, Plaintiffs did not move the Court for leave to serve Defendants outside the service deadline, rather, they just attempted to serve Defendants. Plaintiffs' attempts to serve Defendants outside the service deadline is ineffective as it is in violation of Rule 4(m). (See Docs. 6-9.)

Accordingly,

**IT IS HEREBY ORDERED** dismissing this action without prejudice to refiling for failure to timely effect service upon Defendants. (Doc. 10.) The Clerk of Court shall dismiss this action without prejudice to refiling.

**IT IS FURTHER ORDERED** denying as moot Plaintiffs' request for an extension of time to effect service upon Defendant Jason Kafcas. (Doc. 10.)

DATED this 10th day of August, 2016.

Stephen M. McNamee
Senior United States District Judge